UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. MJ 14-380 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) DETENTION ORDER |
| THOMAS LEE PETERS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

<u>Offense charged</u>:   Failure to Register or Update Sex Offender Registration

<u>Date of Detention Hearing</u>:   September 25, 2014.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. Defendant is currently a supervisee of the United States Probation Office for a

DETENTION ORDER
PAGE -1

2009 conviction for three counts of Sexual Abuse of a Minor. An evidentiary hearing is currently scheduled for November 7, 2014 before the Honorable Robert S. Lasnik to address pending allegations that defendant violated the conditions of supervised release in the 2009 case. Defendant is currently in custody pending the evidentiary hearing.

2. An interview was not conducted by Pretrial Services for purposes of considering conditions of release in the instant case. Defendant does not contest entry of an order of detention.

3. Defendant poses a risk of nonappearance due to his current status on supervised release and absconding from supervision, as well as alleged recently consumption of alcohol. He poses a risk of danger due to the nature of the pending charges and past criminal record.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection

with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 25th day of September, 2014.

*[signature]*

Mary Alice Theiler
Chief United States Magistrate Judge